IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ben Hargrave,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Curt Lamanna,<br><br>　　　　　　Defendant. | No. CV18-0566 PHX-DGC<br><br>**ORDER** |

The Court has received Plaintiff's motion to compel discovery.  Doc. 32.

The Case Management Order in this case (Doc. 24) specifically states that the parties shall not file written discovery motions without leave of Court.  *See* Case Management Order ¶ 6.  The Order states that "[i]f a discovery dispute arises, the parties promptly shall contact the Court to request a telephone conference concerning the dispute."  *Id.*

Because Plaintiff's motion violates this Order, it will be denied.  If Plaintiff wishes the Court to address this issue, he shall schedule a telephone conference call as required by the Case Management Order.

**IT IS ORDERED** that Plaintiff's motion to compel discovery (Doc. 32) is **denied**.

Dated this 11th day of January, 2019.

David G. Campbell
Senior United States District Judge